UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AUSTIN BINKLEY,

       Plaintiff,

   v.                                                                 Case No. 25-cv-01937-JPG

CHALLENGE UNLIMITED, INC.,

       Defendant.

## MEMORANDUM AND ORDER

This case is before the Court on its May 27, 2026, order to show cause (Doc. 33). As noted in the order to show cause, the Court allowed the plaintiff's counsel, who represented the plaintiff at the commencement of this action, to withdraw from the case on April 24, 2026 (Doc. 32). In the order allowing withdrawal, the Court further ordered the plaintiff to either retain other counsel and have the new counsel file a notice of appearance or, in the alternative, notify the Court that the plaintiff would be proceeding *pro se*. It gave the plaintiff 21 days to do this—that is, until May 15, 2026. It warned the plaintiff that the failure to do either of these things in a timely manner might lead the Court to construe the failure as an intent not to pursue this litigation and to dismiss this case for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b) and/or the Court's inherent authority to manage its docket. *See In re Bluestein & Co.*, 68 F.3d 1022, 1025 (7th Cir. 1995).

By May 15, 2026, no new counsel had entered an appearance, and the plaintiff had not indicated a wish to proceed *pro se*, so the Court ordered the plaintiff to show cause on or before June 26, 2026, why the Court should not dismiss this case based on the same authority set forth in its prior order (Doc. 33). Again, the plaintiff failed to respond.

Accordingly, as it warned it might, the Court construes the plaintiff's recent failure to

respond to two orders of the Court as an indication the plaintiff has no intent to prosecute this action and **DISMISSES** this case **without prejudice** for lack of prosecution pursuant to Rule 41(b) and the Court's inherent authority to manage its docket. In light of this Order, the Court **DENIES as moot** Defendant's Motion to Dismiss for Failure to State a Claim (Doc. 25). It **DIRECTS** the Clerk of Court to enter judgment accordingly and close this case.

**IT IS SO ORDERED.**
**DATED**: July 6, 2026

**J. PHIL GILBERT**
**United States District Judge**